AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-cv-00228-JRG-RSP |
| Samsung Electronics Co., Ltd. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                             .

Date:      04/16/2024                                                   /s/ James S. Tsuei
                                                                                    *Attorney's signature*

                                                               James S. Tsuei CA Bar No. 285530
                                                                           *Printed name and bar number*

                                                                             Russ August & Kabat
                                                                       12424 Wilshire Blvd., 12th Floor
                                                                             Los Angeles, CA 90025
                                                                                       *Address*

                                                                              jtsuei@raklaw.com
                                                                                   *E-mail address*

                                                                                 (310) 826-7474
                                                                               *Telephone number*

                                                                                 (310) 826-6991
                                                                                   *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|