**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>         Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR LLC,<br><br>         Defendants. | Civil Action No. 2:24-cv-00228-JRG-RSP |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE,
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND
<u>WAIVER OF FOREIGN SERVICE REQUIREMENT</u>**

On this day came for consideration Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor LLC's Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement.  After considering the same, the Court is of the opinion that the Motion should be GRANTED.

The deadline for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor LLC to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including July 24, 2024.

IT IS FURTHER ORDERED that service of process for Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. have been waived.