IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | CASE NO. 2:24-CV-00228-JRG-RSP |
| § | | |
| SAMSUNG ELECTRONICS CO., LTD., § | | |
| SAMSUNG ELECTRONICS AMERICA, § | | |
| INC., SAMSUNG SEMICONDUCTOR, § | | |
| INC., and SAMSUNG AUSTIN § | | |
| SEMICONDUCTOR LLC, § | | |
| § | | |
| *Defendants.* § | | |
| § | | |

**ORDER**

Before the Court is Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor LLC's Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. (**Dkt. No. 24**.) After considering the same, the Court is of the opinion that the Motion should be **GRANTED**.

The deadline for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor LLC to answer or otherwise respond to Plaintiff's Complaint is hereby extended to July 24, 2024.

**IT IS FURTHER ORDERED** that service of process for Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. has been waived.

**SIGNED this 25th day of April, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE