THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR LLC,<br><br>*Defendants*. | Case No. 2:24-CV-00228-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Michael J. McKeon, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC and consents to electronic services of all papers in this action.

Dated:  July 24, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Michael J. McKeon*
    Michael J. McKeon
    DC Bar No. 459780
    FISH & RICHARDSON P.C.
    1000 Maine Ave SW
    Washington, DC 20024
    Phone: (202) 783-5070
    Email: mckeon@fr.com

*Attorneys For Defendants*
*Samsung Electronics Co., Ltd Samsung*
*Electronics America, Inc., Samsung*
*Semiconductor, Inc., And Samsung Austin*
*Semiconductor LLC*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 24, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Michael J. McKeon*
Michael J. McKeon
