# EXHIBIT A



(https://www.txwd.uscourts.gov/)

## NAVIGATION:

Appellate, Federal and Local Court Rules (https://www.txwd.uscourts.gov/court-information/appellate-federal-and-local-court-rules/)

Local Court Rules

    Introduction (https://www.txwd.uscourts.gov/court-information/lcr-introduction/)

    Section I – Civil Rules (https://www.txwd.uscourts.gov/court-information/lcr-civil-rules/)

    Section II – Criminal Rules (https://www.txwd.uscourts.gov/court-information/lcr-criminal-rules/)

    Section III – Attorneys (https://www.txwd.uscourts.gov/court-information/lcr-attorney-rules/)

    Section IV – Appendices (https://www.txwd.uscourts.gov/court-information/lcr-appendices/)

Central Violations Bureau (https://www.txwd.uscourts.gov/court-information/central-violations-bureau/)

Court Holidays (https://www.txwd.uscourts.gov/court-information/court-holidays/)

Office Locations (https://www.txwd.uscourts.gov/court-information/office-locations/)

Court Reporters (https://www.txwd.uscourts.gov/court-information/court-reporters/)

    Transcript Requests and Fees (https://www.txwd.uscourts.gov/court-information/transcript-requests-and-fees/)

District Statistics (https://www.txwd.uscourts.gov/court-information/district-statistics/)

Fee Schedule (https://www.txwd.uscourts.gov/court-information/fee-schedule/)

Frequently Asked Questions (https://www.txwd.uscourts.gov/court-information/frequently-asked-questions/)

Jobs (https://www.txwd.uscourts.gov/court-information/jobs/)

Helpful Links (https://www.txwd.uscourts.gov/court-information/helpful-links/)

# Office Locations

For court locations other than Texas Western, you can use the Court Locator (http://www.uscourts.gov/court_locator.aspx) at the United States Courts web site.

Alpine    Austin    Del Rio    El Paso    Fort Cavazos    Midland-Odessa    Pecos    San Antonio

Waco

**Counties Served**: Bastrop, Blanco, Burleson, Burnet, Caldwell, Gillespie, Hays, Kimble, Lampasas, Lee, Llano, Mason, McCulloch, San Saba, Travis, Washington and Williamson
**Phone**: (512) 916-5896
**Office Hours**: 8:00 a.m. – 5:00 p.m. CST

**Street and Mailing Address**:
U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

**Divisional Office Manager**: Ms. Alicia Davis

Home (https://www.txwd.uscourts.gov/)    Contact Us (https://www.txwd.uscourts.gov/contact-us/)
Jobs (https://www.txwd.uscourts.gov/court-information/jobs/)
Glossary (https://www.txwd.uscourts.gov/court-information/legal-terms-glossary/)
FAQs (https://www.txwd.uscourts.gov/court-information/frequently-asked-questions/)
Privacy (https://www.txwd.uscourts.gov/privacy-statement/)
BrowseAloud (https://www.txwd.uscourts.gov/browse-aloud/)