# EXHIBIT B



# About the City of Austin

- Home
- About the City of Austin
- Voting and Elections
- Get Involved
- City Jobs
- Records and Documents

## About the City of Austin

Located in Central Texas on the eastern edge of the American Southwest, Austin is the capital of the state of Texas, the Lone Star State. The city dates back to the 1830s, when the first Anglo-American settlers arrived in the area, then part of Mexico. In 1837, settlers founded the village of Waterloo on the banks of the Colorado River, the first permanent settlement in the area. By 1839, Waterloo would adopt the name Austin and the frontier town would become the capital of the Republic of Texas. The City is named for Stephen F. Austin, the "Father of Texas."



## Demographics

Austin is in Travis, Hays and Williamson counties. Austin has an estimated population of 961,855 according to the 2020 **U.S. Census (https://www.census.gov)**. Travis County is the fifth most populous county in Texas. **Learn more about Austin's demographics (/demographics)**.

## Climate

Austin's mild climate allows you to enjoy outdoor activities virtually year round. Austin has 300 days of sunshine a year and an average temperature of 71 degrees in November.

## Why Austin?

Austin is an incredible place to live, work, play and invest, and there are so many things to do here! For more information on what makes our city so unique, be sure to **visit the Austin Convention and Visitors Bureau website (http://www.austintexas.org/)**.
**CityWorks Academy (/node/1742)**



Get information or assistance (/department/311)

Give feedback on our website (/page/austintexasgov-feedback)

Site Map (/sitemap)

Public Records (https://services.austintexas.gov/edims/search.cfm)

City Council Message Board (https://austincouncilforum.org/)

Visit Austin (https://www.austintexas.org/)

City Directory (/contact-us)

Jobs (https://www.austincityjobs.org/)

Legal Notices (/page/legal-notice)

Privacy Notice (/page/privacy-policy)