# EXHIBIT C



# Towns

## Andice
Andice, originally called Stapp, later Berry's Creek. Joshua Stapp built a log school-church near a spring on his place in 1857, where Cumberland Presbyterians, Methodists and Baptists held union services. In 1876 Andrew "Buck" Jackson operated a small store near there on upper Berry's Creek, was appointed postmaster of Berry's Creek post office, October 30, 1876, succeeded by Benjamin W Stapp, July 17, 1879; A. Jackson, November 13, 1879; office discontinued December 1, 1879.

## Bagdad
Bagdad, early and thriving town, surveyed in 1854, one mile west of Leander, which replaced it when railroad bypassed Bagdad.

## Bartlett
Bartlett, established 1882 when railroad built there, named for John T. Bartlett, early settler. Postmasters have been Thomas McKnight (1882), James Jeptha Talley (1887), John C. Johnston (1889), Thomas W Reeves (1890), Charley L. Fowler (1891), Lucas Rowntree (1893), Edward G. Armstrong (1898), Jefferson D Bell (1905); the office transferred to Bell County on February 8, 1910.

## Beaukiss
Beaukiss, established 1880 by Samuel M "Uncle Sammy" Slaughter, a full-blooded Indian, said to have chosen the name for the post office, the reason explained by several contradictory stories.

## Beyersville
Beyersville, community near Dacus Crossing and Dacus School. Dacus Crossing was mentioned in records soon after Civil War, the school by 1889, where church services were also held.

## Cedar Park
Cedar Park, town on Southern Pacific railroad, earlier called Running Brushy, then Brueggerhoff, and changed to Cedar Park in 1887. Narrow gauge railroad built through there in 1882, later changed to standard gauge. Large Indian mound on the George Cluck place near a large spring indicated a very early campground.

## Coupland
Coupland, named for Theodore Van Buren Coupland, town in south Williamson County created when the railroad built from Taylor to Boggy Tank in 1887. Postmasters were John Goetz, December 28, 1889; William Goetz, 1906; Duncan M. Broach, 1907; John Goetz, Jr., 1909; Harvey L. Copeland [sic] 1911; Oscar P. Spiegelhauer, 1928; William F. Schwenke, 1950.

## Florence
Florence, earlier called Brooksville. Postmasters were John W Atkinson (1857), J. C. Smith (1858), John W Atkinson (1859), P H. Adams (1864), Smith Brown (1866), Miss Nancy Adams (1868), Ozias Benedict (1868), Philip H. Adams (1870), Wesley Surginer (1871), James P. Moore (1872), Robert B. Caskey (1873), Stephen K. P. Jackson (1882), Sam'l. B. McClain (1885), Madelein Surginer (1890), Mattie A. Surginer (1894), Samuel F. Perry (1895), Joel Preslar (1897), Bessie Cannon (1901), James F. Atkinson (1918), Alton Mullen (1940), W Henry Taylor (1940), Ernest A. Mullen (1954), James D. Lewis (1966), Oran T. Gray (1967), Cecil Jenkins (1972), Joe Earl Massey (1972).

## Friendship
Friendship, farming community in eastern county, closely tied to earlier Allison community, fertile farmlands attracting many Czech and other settlers the latter part of the nineteeth [sic] century.

## Gabriel Mills
Gabriel Mills, once-thriving community on the North Gabriel, site of early mill known variously as Mather Mills, Gabriel Mills or Brizendine Mills. Englishman Samuel E Mather settled there. 1849, built water powered grist mill near present low water bridge. An early customer was Chief Yellow Wolf of the Comanches.

## Georgetown
Georgetown, county seat, established 1848 near the county's first post office, Brushy, probably at postmaster Richard Tankersley's home near Smith Branch. The town was incorporated in 1866.

## Granger
Granger, named for local Grange lodge, or for John R. Granger, a Civil War veteran, Czech protestant church organized there 1880, railroad built there 1882.

## Hutto
Hutto, town established when the I. and G –N. railroad came through there in 1876.

## Jarrell
Jarrell, Williamson County's youngest town, founded when Bartlett Western Railroad built there. Postmasters were Thomas B. Thorna (March 8, 1912), William E. Votaw (1914), Maynard C. Watkins (1950); James H. Jones (1962).

## Jollyville
Jollyville, village founded 1866 and named for pioneer John Grey Jolly, a blacksmith who had settled in Fiskville near Austin in 1852. By 1867, both Jolly and the Dodd brothers had stores at Jollyville along with Jolly's blacksmith shop. The Dodds moved to a place called Doddville (see) or Buttercup.

## Lawrence Chapel
Lawrence Chapel, first called Cross Roads (see: "Cross Roads, later Lawrence Chapel. Cross Roads had a post office November 1, 1858, with Edmond Laurence (son of Adam Lawrence who changed the spelling of his name from "u" to "w") as postmaster, office was discontinued January 23, 1867 ").

## Leander
Leander, town established in 1882 one mile east of Bagdad, when the Austin and Northwestern railroad built there. The line became the Houston and Texas Central, later the Southern Pacific.

## Liberty Hill
Liberty Hill, early settlement. The town developed many years before a railroad came.

## Round Rock
Round Rock, originally called Brushy Creek. The name was changed in 1854 at the request of postal authorities when Thomas C. Oatts, the first postmaster of Brushy Creek (1851) was asked to submit another name.

## Schwertner
Schwertner, settled in 1877 by Bernard Schwertner and family, a village in rich farming country already established when Bartlett and Western built through it.

## Taylor
Taylorsville, Taylor. Although almost unanimously referred to in county records of the 1870s as Taylorsville, the first entry in the U. S. Post Office Department listed the town as Taylorville.

## Theon
Theon, community north of Georgetown, which was known earlier as Behrnville for pioneer H. T. Behrens, also called Leubner for William Leubner, another early settler and merchant. All three names were assigned at different times to the village for a post office.

## Thorndale
Thorndale, now in Milam County, at one time a portion of the community apparently was in Williamson, first called Everett.

## Thrall
Thrall, earlier Stiles Switch, established 1876 when the I. and G. N railroad built west from Rockdale, named Thrall in 1901, at the request of the Stiles family who admired minister-historian Homer S Thrall, prominent in Texas at that time. Stiles School was organized there in the 1880s.

## Type
Type, a rural school southeast of Coupland, apparently established about 1900, and a crossroads community about a mile north of the school, settled in the early 1900s by a number of Swedish families who organized a Swedish Evangelical Church there in 1908.

## Walburg
Walburg, thriving German-Wendish settlement northeast of Georgetown where early Opossum School stood, the village known briefly as Concordia. The Zion Lutheran Church was organized in 1882 "at Concordia, Williamson County, Texas."

## Weir
Weir, see also Midway and Townsville. Weir was established after the Granger-Georgetown railroad was built and named at the suggestion of Horace M. Weir, first postmaster there, for his father, Calvin Weir a settler who had lived in the area since 1856.

## White Stone
White Stone, crossroads community at State Highway 183 and FM Road 1431; so-named for the cluster of quarries and the color of the stone found there. Several businesses operated in the downtown section in the mid-twentieth century and the town had an Assembly of God Church. White Stone School built of white rock was erected in 1923.

---

Our mission is to preserve, protect, and promote the county's historic and prehistoric resources for the use, education, economic benefit, and enjoyment of present and future generations.

 Bridges     Cemeteries     Historical Markers     Oral Histories     Towns



**Contact Us**
Historical Commission
P.O. Box 1574
Georgetown, TX 78626
Email: wilcohc@wilcohistory.org

**Quick Links**
Agendas & Minutes
Bridges
Cemeteries
Historical Markers
Oral Histories
Towns

**Helpful Links**
Home
Site Map
Contact Us
Accessibility
Copyright Notices
Privacy Policy

Government Websites by CivicPlus®