**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR LLC.,<br><br>*Defendants*. | Case No. 2:24-CV-00228-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANTS
SAMSUNG SEMICONDUCTOR, INC.'S AND
SAMSUNG AUSTIN SEMICONDUCTOR, LLC'S
<u>MOTION TO DISMISS FOR IMPROPER VENUE</u>**

Before the Court is Samsung Semiconductor, Inc. and Samsung Austin Semiconductor LLC's Motion to Dismiss for Improper Venue. After considering the same, the Court is of the opinion that the Motion should be GRANTED.