# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR LLC.,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00228-JRG-RSP<br><br>**JURY DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") file this Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order.

The current deadline for the Parties to file their proposed docket control order and discovery order is August 1, 2024. The Parties have been diligently preparing these materials and respectfully request a brief extension of time to finalize these materials. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, the Parties respectfully request that the Court extend the deadline for filing their proposed docket control order and discovery order by one week to August 8, 2024.

Dated: August 1, 2024

By: */s/ Jason M. Wietholter*
    Marc Fenster
    CA State Bar No. 181067
    Reza Mirzaie
    CA State Bar No. 246953
    Brian Ledahl
    CA State Bar No. 186579
    Ben Wang
    CA State Bar No. 228712
    Paul Kroeger
    CA State Bar No. 229074
    Neil A. Rubin
    CA State Bar No. 250761
    Kristopher Davis
    CA State Bar No. 329627
    James S. Tsuei
    CA State Bar No. 285530
    Philip Wang
    CA State Bar No. 262239
    Amy Hayden
    CA State Bar No. 287026
    James Milkey
    CA State Bar No. 281283
    Jason M. Wietholter
    CA State Bar No. 337139
    **RUSS AUGUST & KABAT**
    12424 Wilshire Blvd. 12th Floor
    Los Angeles, CA 90025
    Telephone: 310-826-7474
    Email: rak_headwater@raklaw.com

*Attorneys for Plaintiff,*
*Headwater Research LLC*

Respectfully submitted,

By: */s/ Ashley A. Bolt*
    Ruffin B. Cordell
    TX Bar No. 04820550
    Michael J. McKeon
    DC Bar No. 459780
    **FISH & RICHARDSON P.C.**
    1000 Maine Avenue, SW, Ste 1000
    Washington, D.C. 20024
    Telephone: (202) 783-5070
    Email: SERVICEFRSamsung-Headwater@fr.com

    Thad C. Kodish
    GA Bar No. 427603
    Ashley A. Bolt
    GA Bar No. 231197
    **FISH & RICHARDSON P.C.**
    1180 Peachtree St. NE, Fl. 21
    Atlanta, GA 30309
    Telephone: (404) 892-5005
    Email: SERVICEFRSamsung-Headwater@fr.com

    Kelly Allenspach Del Dotto
    DE Bar No. 5969
    **FISH & RICHARDSON P.C.**
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801
    Telephone: (302) 652-5070
    Email: SERVICEFRSamsung-Headwater@fr.com

    Melissa R. Smith
    State Bar No. 24001351
    Melissa@gillamsmithlaw.com
    **GILLAM & SMITH, LLP**
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd.,*
*Samsung Electronics America, Inc.*
*Samsung Semiconductor, Inc., and*
*Samsung Austin Semiconductor, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 1st day of August 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                      */s/ Ashley A. Bolt*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

                                                      */s/ Ashley A. Bolt*