# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No. 2:24-cv-00228-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and SAMSUNG AUSTIN SEMICONDUCTOR LLC., | |
| *Defendants*. | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order. (**Dkt. No. 38**.) The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for filing the proposed docket control order and discovery order is extended to August 8, 2024. All other deadlines shall remain in place absent further leave of Court.

**SIGNED this 2nd day of August, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE