# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC, <br><br> *Defendants*. | Civil Action No. 2:24-cv-00228-JRG-RSP <br><br> **JURY DEMANDED** |

## ORDER GRANTING AGREED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS SAMSUNG SEMICONDUCTOR, INC. AND SAMSUNG AUSTIN SEMICONDUCTOR, LLC

Before the Court is Plaintiff and Defendants' Agreed Motion for Voluntary Dismissal Without Prejudice of Defendants Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, LLC. Having considered the matter, and for good cause shown, the Court **GRANTS** the Motion.