IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC             § <br> § <br> *Plaintiff*,                                     § <br> § <br> v.                                                        §    CASE NO.  2:24-cv-0228-JRG-RSP <br> § <br> Samsung Electronics Co., Ltd., Samsung § <br> Electronics America, Inc., Samsung      § <br> Semiconductor, Inc., and Samsung Austin § <br> Semiconductor, LLC,                            § <br> § <br> *Defendants*.                                  § | |

## ORDER

     Before the Court is the Agreed Motion for Voluntary Dismissal Without Prejudice of Defendants Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, LLC. (**Dkt. No. 40**.) In the Motion, the parties request dismissal without prejudice as to Defendants Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, LLC. (*Id*. at 1.)

     Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendants Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, LLC in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case as to Defendants Samsung Semiconductor, Inc. and Samsung Austin Semiconductor, LLC not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case as parties and claims remain.

**So ORDERED and SIGNED this 8th day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE