# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC, | CASE NO. 2:24-CV-00228-JRG-RSP |
| *Plaintiff*, | |
| vs. | **JURY DEMANDED** |
| Samsung Electronics Co., Ltd., et al. | |
| *Defendants*. | |

## JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Pursuant to the Court's Order setting a deadline to file a proposed Docket Control Order (D.I. 26), Plaintiff Headwater Research, LLC and Defendants Samsung Electronics Co., Ltd. et al. hereby jointly request that the Court enter the proposed Docket Control Order, attached hereto as Exhibit A.

Dated: August 8, 2024

*/s/ Ashley A. Bolt*
Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Ashley A. Bolt
GA Bar No. 231197
bolt@fr.com

Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang

- 2 -

| | |
|---|---|
| FISH & RICHARDSON P.C.<br>1180 Peachtree St. NE, Fl. 21<br>Atlanta, GA 30309<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002<br><br>Kelly Allenspach Del Dotto<br>DE Bar No. 5969<br>kad@fr.com<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607<br><br>Melissa R. Smith<br>State Bar No. 24001351<br>Melissa@gillamsmithlaw.com<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br><br>***Attorneys for Defendants***<br>***Samsung Electronics Co., Ltd. and***<br>***Samsung Electronics America, Inc.*** | CA State Bar No. 262239<br>Amy Hayden<br>CA State Bar No. 287026<br>James Milkey<br>CA State Bar No. 281283<br>Jason M. Wietholter<br>CA State Bar No. 337139<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474<br>rak_headwater@raklaw.com<br><br>Robert Christopher Bunt<br>Parker, Bunt & Ainsworth, P.C.<br>Texas State Bar No. 00787165<br>100 E. Ferguson Suite 418<br>Tyler, Texas 75702<br>Tel.: (903) 531-3535<br>rcbunt@pbatyler.com<br><br>***Attorneys For Plaintiff***<br>***Headwater Research LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of August 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kristopher Davis*
Kristopher Davis

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Kristopher Davis*
Kristopher Davis
