**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Headwater Research LLC, | CASE NO. 2:24-CV-00228-JRG-RSP |
| *Plaintiff*, | |
| vs. | |
| | **JURY DEMANDED** |
| Samsung Electronics Co., Ltd., et al. | |
| *Defendants*. | |

**JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER**

Pursuant to the Court's Order setting a deadline to file a proposed Discovery Order (D.I. 26), Plaintiff Headwater Research, LLC and Defendants Samsung Electronics Co., Ltd. et al. hereby jointly request that the Court enter the proposed Discovery Order, attached hereto as Exhibit A.

Dated: August 8, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Ashley A. Bolt* | */s/ Marc Fenster* |
| Ruffin B. Cordell | Marc Fenster |
| TX Bar No. 04820550 | CA State Bar No. 181067 |
| Michael J. McKeon | Reza Mirzaie |
| DC Bar No. 459780 | CA State Bar No. 246953 |
| mckeon@fr.com | Brian Ledahl |
| FISH & RICHARDSON P.C. | CA State Bar No. 186579 |
| 1000 Maine Avenue, SW, Ste 1000 | Ben Wang |
| Washington, D.C. 20024 | CA State Bar No. 228712 |
| Telephone: (202) 783-5070 | Paul Kroeger |
| Facsimile: (202) 783-2331 | CA State Bar No. 229074 |
| | Neil A. Rubin |
| Thad C. Kodish | CA State Bar No. 250761 |
| GA Bar No. 427603 | Kristopher Davis |
| tkodish@fr.com | CA State Bar No. 329627 |
| Ashley A. Bolt | James S. Tsuei |
| GA Bar No. 231197 | CA State Bar No. 285530 |
| bolt@fr.com | Philip Wang |

FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Kelly Allenspach Del Dotto
DE Bar No. 5969
kad@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendants***
***Samsung Electronics Co., Ltd. and***
***Samsung Electronics America, Inc.***

CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

***Attorneys For Plaintiff***
***Headwater Research LLC***

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of August 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kristopher Davis*
Kristopher Davis

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Kristopher Davis*
Kristopher Davis