# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD., § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC., SAMSUNG SEMICONDUCTOR, § <br> INC., and SAMSUNG AUSTIN § <br> SEMICONDUCTOR LLC, § <br> § <br> Defendants. § <br> § § § § | CASE NO. 2:24-CV-00228-JRG-RSP <br><br> JURY TRIAL REQUESTED |

## NOTICE OF COMPLIANCE

Pursuant to the order setting scheduling conference (Dkt. 26), entered on June 25, 2024, Plaintiff Headwater Research, LLC files this notice confirming that it has complied with Paragraphs 1 & 3 of the Agreed Discovery Order (Dkt. 43-1) by serving its Initial and Additional Disclosures on Defendants Samsung Electronics Co., Ltd. et al. on August 8, 2024.

Dated: August 9, 2024    Respectfully submitted,

*/s/ Marc Fenster by permission Andrea Fair*
Marc Fenster (CA Bar No. 181067)
Reza Mirzaie (CA Bar No. 246953)
Brian Ledahl (CA Bar No. 186579)
Ben Wang (CA Bar No. 228712)
Paul Kroeger (CA Bar No. 229074)
Neil A. Rubin (CA Bar No. 250761)
Kristopher Davis (CA Bar No. 329627)
James S. Tsuei (CA Bar No. 285530)
Philip Wang (CA Bar No. 262239)
Amy Hayden (CA Bar No. 287026)
James Milkey (CA Bar No. 281283)
Jason M. Wietholter (CA Bar No. 337139)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: rak_headwater@raklaw.com

*Of Counsel:*
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

***Attorneys For Plaintiff Headwater Research LLC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 9, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Andrea Fair