IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC., and<br>SAMSUNG AUSTIN SEMICONDUCTOR, LLC,<br><br>Defendants. | Civil Action No. 2:24-cv-00228-JRG-RSP |

## NOTICE OF COMPLIANCE

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. here notifies the Court that they have served their Initial Disclosures on counsel for Plaintiff via electronic mail on August 8, 2024.

Dated: August 9, 2024

                                                Respectfully submitted,

                                                /s/ *Melissa R. Smith*
                                                Melissa R. Smith
                                                **GILLAM & SMITH, LLP**
                                                TX State Bar No. 24001351
                                                303 S. Washington Avenue
                                                Marshall, Texas 75670
                                                Telephone: (903) 934-8450
                                                Facsimile: (903) 934-9257
                                                melissa@gillamsmithlaw.com

                                                Ruffin B. Cordell
                                                TX Bar No. 04820550
                                                cordell@fr.com
                                                Michael J. McKeon
                                                DC Bar No. 459780

mckeon@fr.com
**FISH & RICHARDSON P.C**.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Ashley A. Bolt
GA Bar No. 231197
bolt@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005

Kelly Allenspach Del Dotto
DE Bar No. 5969
kad@fr.com
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

*ATTORNEYS FOR DEFENDANTS*
*SAMSUNG ELECTRONICS CO., LTD AND*
*SAMSUNG ELECTRONICS AMERICA, INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of August 2024.

           /s/ Melissa R. Smith
           Melissa R. Smith