**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG SEMICONDUCTOR, INC. and<br>SAMSUNG AUSTIN SEMICONDUCTOR, LLC<br><br>    *Defendants*. | Case No. 2:24-cv-00228-JRG-RSP |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Jon Hyland of the law firm Hilgers Graben PLLC, enters his appearance for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, LLC, and consents to electronic services of all papers in this action.

Dated: September 12, 2024

Respectfully,

*/s/ Jon Hyland*
Jon Hyland
Texas Bar No. 24046131
jhyland@hilgersgraben.com
Grant K. Schmidt
Texas Bar No. 24084579
gschmidt@hilgersgraben.com

**HILGERS GRABEN PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorney for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., Samsung Semiconductor Inc., and Samsung Austin Semiconductor, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 12, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jon Hyland*
Jon Hyland