# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:24-cv-00228-JRG-RSP |

## NOTICE OF COMPLIANCE

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. here notifies the Court that they have served their Initial Invalidity and Patent Ineligibility Contentions on counsel for Plaintiff via electronic mail on September 12, 2024.

Dated: September 13, 2024

        Respectfully submitted,

        /s/ *Melissa R. Smith*
        Melissa R. Smith
        **GILLAM & SMITH, LLP**
        TX State Bar No. 24001351
        303 S. Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257
        melissa@gillamsmithlaw.com

        Ashley A. Bolt
        Ruffin B. Cordell
        TX Bar No. 04820550
        cordell@fr.com
        Michael J. McKeon
        DC Bar No. 459780
        mckeon@fr.com

**FISH & RICHARDSON P.C**.
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thad C. Kodish
GA Bar No. 427603
tkodish@fr.com
Ashley A. Bolt
GA Bar No. 231197
bolt@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005

Kelly Allenspach Del Dotto
DE Bar No. 5969
kad@fr.com
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

*ATTORNEYS FOR DEFENDANTS*
*SAMSUNG ELECTRONICS CO., LTD AND*
*SAMSUNG ELECTRONICS AMERICA, INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of September 2024.

    /s/ Melissa R. Smith
Melissa R. Smith