IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. et § <br> al § <br> § <br> *Defendants*. § | Case No. 2:24-cv-00228-JRG-RSP |

### ORDER

Before the Court is the Unopposed Motion to Withdraw as Attorney for Plaintiff by Amy Hayden. **Dkt. No. 56**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Amy Hayden is hereby withdrawn as counsel of record in this case and terminated from electronic notifications in connection with the above-captioned matter.

**SIGNED this 21st day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE