# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:24-cv-00228-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Plaintiff Headwater Research LLC ("Plaintiff") respectfully submit this Motion to Extend Deadlines.

Pursuant to the First Amended Docket Control Order entered on May 12, 2025, the Court set deadlines for the Claim Construction Briefing as shown in the chart below. Plaintiff respectfully requests that the Court enter an order granting a modest extension of the respective deadlines to file the Claim Construction Briefing.

The parties have met and conferred and Defendants are not opposed to the schedule as outlined below:

| Event | Original Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Opening Claim Construction Brief | June 20, 2025 | June 23, 2025 |
| Defendant's Responsive Claim Construction Brief | July 7, 2025 | July 10, 2025 |
| Plaintiff's Reply Brief | July 11, 2025 | July 14, 2025 |
| Joint Claim Construction Brief | July 18, 2025 | July 18, 2025 |

Good Cause exists to modify the deadlines addressed in this Motion because of pre-trial, hearing and expert reports in other cases. Additionally, Defendants agree that an extension of the above-listed deadlines will not prejudice any party. Finally, the requested extension is not sought for the purpose of delay and will not require extension of any other deadlines.

Dated: June 20, 2025

Respectfully submitted,

/s/ Marc A. Fenster
Marc A. Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Adam Hoffman
CA State Bar No. 218470
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Dale Chang
CA State Bar No. 248657
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
James Milkey
CA State Bar No. 281283
James Pickens
CA State Bar No. 307474
Peter (Qi) Tong
TX State Bar No. 24119042
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

rak_headwater@raklaw.com

Andrea L. Fair
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

***Attorneys for Plaintiff
Headwater Research LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of June 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc A. Fenster*
Marc A. Fenster

**CERTIFICATE OF CONFERENCE OF COUNSEL**

I hereby certify that counsel of record for Headwater and Defendants have met and conferred in compliance with Local CV-7(h). Defendants do not oppose this motion.

*/s/ Marc A. Fenster*
Marc A. Fenster