# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00228-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINES

Before the Court is the Plaintiff's Unopposed Motion to Extend Deadlines for the Claim Construction Briefing. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.**

Accordingly, it is **ORDERED** that the new deadlines are as follows:

| Event | Original Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Opening Claim Construction Brief | June 20, 2025 | June 23, 2025 |
| Defendant's Responsive Claim Construction Brief | July 7, 2025 | July 10, 2025 |
| Plaintiff's Reply Brief | July 11, 2025 | July 14, 2025 |
| Joint Claim Construction Brief | July 18, 2025 | July 18, 2025 |