IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:24-cv-00228-JRG-RSP |

# ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Deadlines for the Claim Construction Briefing. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.**

Accordingly, it is **ORDERED** that the new deadlines are as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opening Claim Construction Brief | June 20, 2025 | June 23, 2025 |
| Defendant's Responsive Claim Construction Brief | July 7, 2025 | July 10, 2025 |
| Plaintiff's Reply Brief | July 11, 2025 | July 14, 2025 |
| Joint Claim Construction Brief | July 18, 2025 | July 18, 2025 |

**SIGNED this 23rd day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE