# Exhibit 4

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | Case No. 2:24-cv-00228-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Local Patent Rule 4-3, and the Court's Docket Control Order (Dkt. 47), Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc's. ("Samsung") (collectively, "Parties") respectfully submit the following Joint Claim Construction and Prehearing Statement.

### I. AGREED CLAIM CONSTRUCTIONS (P.R. 4-3(a)(1))

The Parties have not agreed to any claim constructions.

### II. DISPUTED CLAIM CONSTRUCTIONS (P.R. 4-3(a)(2))

The Parties' proposed constructions of disputed terms are provided in the chart below. The Parties' proposed constructions are also set forth in the accompanying **Exhibit A**, along with the intrinsic and extrinsic evidence on which the parties intend to rely. Each party further reserves the right to rely on evidence identified by the other party, even if not specifically identified in the column corresponding to that party.

1

### A.     U.S. Patent No. 9,609,510

| Term # | Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 1 | target credential<br><br>(claims 1, 2, 7, 8, 9, 10, 23, 24, 25, 26, 27, 33, 34, 35, 46, 47) | Not indefinite; plain and ordinary meaning | Indefinite |

### B.     U.S. Patent No. 11,096,055

| Term # | Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 2 | a user service interface to allow a user to make a user selection between the first and second service profiles, the connection manager to, responsive to the user selection, select an access network connection for the WWAN modem<br><br>(claim 6) | Not indefinite; plain and ordinary meaning | Indefinite |
| 3 | wherein the at least one adaptive service policy control agent applies network service policies from a superset profile that provides capabilities from each of the first and second service profiles<br><br>(claim 8) | Not indefinite; plain and ordinary meaning | Indefinite |

### C.     U.S. Patent No. 11,405,429

| Term # | Claim Term | Headwater's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|
| 4 | secure modem subsystem<br><br>(claim 1) | Not indefinite; plain and ordinary meaning | Indefinite |

2

III. **ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(3))**

The parties estimate that up to two hours will be needed for the claim construction hearing.

The parties agree that each side will be allocated half of the total time permitted for the hearing.

IV. **PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(4))**

No party proposes to call witnesses at the claim construction hearing.

V. **OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(a)(5))**

The parties are not currently aware of any issues that they would propose taking up at a prehearing conference prior to the claim construction hearing.

Dated: May 16, 2025

Respectfully submitted,

*/s/ Marc Fenster*

*/s/ Ashley A. Bolt*

| | |
|---|---|
| Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Brian Ledahl<br>CA State Bar No. 186579<br>Email: bledahl@raklaw.com<br>Ben Wang<br>CA State Bar No. 228712<br>Email: bwang@raklaw.com<br>Adam Hoffman<br>CA State Bar No. 218740<br>Email: ahoffman@raklaw.com<br>Dale Chang<br>CA State Bar No. 248657<br>Email: dchang@raklaw.com<br>Paul Kroeger<br>CA State Bar No. 229074<br>Email: pkroeger@raklaw.com<br>Neil A. Rubin | Ruffin B. Cordell<br>TX Bar No. 04820550<br>Michael J. McKeon<br>DC Bar No. 459780<br>mckeon@fr.com<br>**FISH & RICHARDSON P.C.**<br>1000 Maine Avenue, SW, Ste 1000<br>Washington, D.C. 20024<br>Telephone: (202) 783-5070<br><br>Thad C. Kodish<br>GA Bar No. 427603<br>tkodish@fr.com<br>Ashley A. Bolt<br>GA Bar No. 231197<br>bolt@fr.com<br>**FISH & RICHARDSON P.C.**<br>1180 Peachtree St. NE, Fl. 21<br>Atlanta, GA 30309<br>Telephone: (404) 892-5005 |

3

| | |
|---|---|
| CA State Bar No. 250761<br>Email: nrubin@raklaw.com<br>Kristopher Davis<br>CA State Bar No. 329627<br>Email: kdavis@raklaw.com<br>James S. Tsuei<br>CA State Bar No. 285530<br>Email: jtsuei@raklaw.com<br>Philip Wang<br>CA State Bar No. 262239<br>Email: pwang@raklaw.com<br>Amy Hayden<br>CA State Bar No. 287026<br>Email: ahayden@raklaw.com<br>Jason M. Wietholter<br>CA State Bar No. 337139<br>Email: jwietholter@raklaw.com<br>Qi (Peter) Tong<br>TX State Bar No. 24119042<br>Email: ptong@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474<br><br>Andrea L. Fair<br>TX State Bar No. 24078488<br>**MILLER FAIR HENRY PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>Telephone: 903-757-6400<br>andrea@millerfairhenry.com<br><br>*Attorneys for Plaintiff*<br>*Headwater Research LLC* | Kelly Allenspach Del Dotto<br>DE Bar No. 5969<br>kad@fr.com<br>**FISH & RICHARDSON P.C.**<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607<br><br>Melissa R. Smith<br>State Bar No. 24001351<br>Melissa@gillamsmithlaw.com<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br><br>Harry L. Gillam, Jr.<br>State Bar No. 07921800<br>**GILLAM & SMITH, LLP**<br>102 N. College, Ste. 800<br>Tyler, Texas 75702<br>Telephone: (903) 934-8450<br><br>Jon Hyland<br>Texas Bar No. 24046131<br>jhyland@hilgersgraben.com<br>Grant K. Schmidt<br>Texas Bar No. 24084579<br>gschmidt@hilgersgraben.com<br>**HILGERS GRABEN PLLC**<br>7859 Walnut Hill Lane, Suite 335<br>Dallas, Texas 75230<br>Telephone: (972) 645-3097<br><br>*Attorneys for Defendants*<br>*Samsung Electronics Co., Ltd. and*<br>*Samsung Electronics America, Inc.* |

**CERTIFICATE OF SERVICE**

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                            */s/ Marc Fenster*
                                                            Marc Fenster
                                                            *Attorney for Plaintiff*
                                                            *Headwater Research LLC*

**CERTIFICATE OF CONFERENCE**

I certify that that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties agree on filing this joint statement.

                                                            */s/ Marc Fenster*
                                                            Marc Fenster
                                                            *Attorney for Plaintiff*
                                                            *Headwater Research LLC*