# Exhibit 5

## Exhibit A – Proposed Constructions and Supporting Intrinsic and Extrinsic Evidence

A.    U.S. Patent No. 9,609,510

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 1 | target credential<br><br>(claims 1, 2, 7, 8, 9, 10, 23, 24, 25, 26, 27, 33, 34, 35, 46, 47) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'510 patent at Abstract, 5:10-7:15, 8:50-12:44, 16:27-19:26; Figs. 1-6, 15, and associated written description; claims 1-10, 21-41, 45-48.<br><br>'510 patent and related patent file history, office actions and responses<br><br>**Extrinsic Evidence**<br>IPR2025-00483 and -484 and related pleadings / filings / declarations<br><br>USP App. Pub. 2009/0217364A<br><br>USP 8,005,459<br><br>USP 8,191,124<br><br>USP 8,700,729<br><br>USP 8,977,856<br><br>USP 9,191,394 | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'510 patent at Abstract, Fig. 2, Fig. 3, 9:4-58, 10:41-56, 11:1-37, 12:19-33<br><br>'510 patent and related patent file history, office actions and responses |

1

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | USP 7,634,253 | |

## B. U.S. Patent No. 11,096,055

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 2 | a user service interface to allow a user to make a user selection between the first and second service profiles, the connection manager to, responsive to the user selection, select an access network connection for the WWAN modem<br><br>(claim 6) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'055 patent at Abstract, 6:30-7:65, 8:44-12:12, 12:50-13:37, 20:37-21:29, 22:24-22:67, 25:58-26:55, 27:1-28:64, 36:43-37:9, 42:14-30, 56:9-57:2, 66:35-67:4, 68:36-70:30, 96:36-104:64; Figs. 1-3, 9-14, 15A, 16, 18, 20, 29-36, and associated written description; claims 1, 2, 5, 6, 12<br><br>'055 patent and related patent file history, office actions and responses<br><br>**Extrinsic Evidence**<br>IPR2025-00481 and related pleadings / filings / declarations | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'055 patent at 8:44-67, 9:1-34, Claim 1, Claim 6<br><br>'055 patent and related patent file history, office actions and responses |

2

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | *Headwater v. Verizon/T-Mobile/AT&T*, Nos. 2:23-cv-00352-JRG-RSP (E.D. Tex.), 2:23-cv-00379-JRG-RSP (E.D. Tex.), 2:23-cv-00397-JRG-RSP (E.D. Tex.), Markman Orders (Dkt. 140 in -352 case; Dkt. 139 in -379 case; Dkt. 97 in -397 case) and related pleadings/filings/declarations | |
| 3 | wherein the at least one adaptive service policy control agent applies network service policies from a superset profile that provides capabilities from each of the first and second service profiles

(claim 8) | Not indefinite; plain and ordinary meaning

*Supporting Evidence:*

**Intrinsic Evidence**
*See* Intrinsic Evidence for Term #2; *see also* '055 patent at 68:37-69:56; Figs. 16-21 and associated written description; claims 1, 2, 6-8, 11-13

'055 patent and related patent file history, office actions and responses

**Extrinsic Evidence**
IPR2025-00481 and related pleadings / filings / declarations

*Headwater v. Verizon/T-Mobile/AT&T*, Nos. 2:23-cv-00352-JRG-RSP (E.D. Tex.), 2:23-cv-00379-JRG-RSP (E.D. Tex.), 2:23-cv-00397-JRG-RSP (E.D. Tex.), Markman Orders (Dkt. 140 in -352 case; Dkt. 139 in - | Indefinite

*Supporting Evidence:*

**Intrinsic Evidence**
'055 patent at 68:37-69:15, Claim 1, Claim 8

'055 patent and related patent file history, office actions and responses |

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | 379 case; Dkt. 97 in -397 case) and related pleadings/filings/declarations | |

C.  U.S. Patent No. 11,405,429

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | Samsung's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 4 | secure modem subsystem<br><br>(claim 1) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'429 at Abstract, 5:1-7:31, 9:4-11:46, 14:8-15:8, 15:37-16:38; Figs. 1-11, and associated written description; claims 1-7, 10-12<br><br>'429 patent and related patent file history, office actions and responses<br><br>**Extrinsic Evidence**<br>IPR2025-00482 and related pleadings / filings / declarations | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'429 patent at Fig. 2, 2:41-3:8, 10:49-11:10<br><br>'429 patent and related patent file history, office actions and responses |

4