## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>       *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>       *Defendants*. | Case No. 2:24-CV-00228-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Notice is hereby given that Jonathan B. Bright, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. and consents to electronic services of all papers in this action.

Dated:  June 24, 2025

Respectfully submitted,

FISH & RICHARDSON P.C.

By:  */s/ Jonathan B. Bright*
       Jonathan B. Bright
       GA Bar No. 256953
       FISH & RICHARDSON P.C.
       1180 Peachtree St NE, 21st Floor
       Atlanta, GA 30309
       Phone: (404) 892-5005
       Email: jbright@fr.com

*Attorneys For Defendants*
*Samsung Electronics Co., and Ltd Samsung*
*Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 24, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jonathan B. Bright*
Jonathan B. Bright