# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:24-CV-00228-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Jared Smith, of the law firm Fish & Richardson P.C., enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., and consents to electronic services of all papers in this action.

Dated:  June 24, 2025

Respectfully submitted,

FISH & RICHARDSON P.C.

By:  */s/ Jared A. Smith*
Jared A. Smith
CA Bar No. 306576
FISH & RICHARDSON P.C.
12860 El Camino Real, STE 400
San Diego, CA 92130
Phone: (858) 678-4702
Email: jasmith@f.com

*Attorneys For Defendants*
*Samsung Electronics Co., Ltd Samsung*
*Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 24, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Jared A. Smith*
Jared A. Smith