# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| § | Case No. 2:24-cv-00228-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| et al, § | |
| § | |
| *Defendants*. § | |

## ORDER

The Court issues this Order *sua sponte*. It is **ORDERED** that David Keyzer be appointed as the Court's technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Keyzer's contact information is as follows:

> Law Office of David Keyzer, P.C.
> 5170 Golden Foothill Parkway
> El Dorado Hills, CA 95762
> Phone: (916) 243-5259
> Email: david@keyzerlaw.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to david@keyzerlaw.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Keyzer within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Keyzer no later than one business day after filing future claim construction material.

**SIGNED this 30th day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE