UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>Samsung Electronics Co., Ltd., et al.<br><br>*Defendants*. | CASE NO. 2:24-CV-00228-JRG-RSP<br><br>**JURY DEMANDED** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") respectfully file this Joint Motion to Amend the Docket Control Order and would show the Court as follows:

At this time, the Parties request a brief extension of the deadlines in the existing Docket Control Order (Dkt. Nos. 47, 61) to make secondary elections of asserted claims and prior art, to complete fact discovery, affirmative and rebuttal expert discovery, and to brief dispositive motions and motions to strike expert testimony (including *Daubert* motions). No other deadlines will be affected by this amendment.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion. This Motion follows repeated discussion between the parties and engagement in discovery, including recent discussions regarding the parties' document productions as well as discovery responses.  In addition, Headwater was unexpectedly called to trial earlier in the week of July 13.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the Docket Control Order as follows:

| Amended Date | Current Date | Event |
|---|---|---|
| November 24, 2025 | November 17, 2025 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[1] Motions for Summary Judgment shall comply with Local Rule CV-56. |
| November 14, 2025 | November 3, 2025 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| November 14, 2025 | November 3, 2025 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. |
| November 10, 2025 | October 27, 2025 | Deadline to Complete Expert Discovery |
| October 27, 2025 | October 14, 2025 | Serve Disclosures for Rebuttal Expert Witnesses |
| October 6, 2025 | September 22, 2025 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| September 29, 2025 | September 15, 2025 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| August 22, 2025 | August 15, 2025 | Secondary Election of Prior Art |

---

[1] The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

| **Amended Date** | **Current Date** | **Event** |
|---|---|---|
| | | Defendants shall serve a Secondary Election of Prior Art, identifying no more than 8 prior art references against each asserted patent. |
| July 22, 2025 | July 15, 2025 | Secondary Election of Asserted Claims<br><br>Plaintiff shall serve a Secondary Election of Asserted Claims, identifying no more than 5 claims per asserted patent. |

Dated: July 17, 2025                                                    Respectfully submitted,

<u>/s/ Ashley A. Bolt</u>                                                           <u>/s/ Marc Fenster</u>
Ruffin B. Cordell                                                               Marc Fenster
TX Bar No. 04820550                                                     CA State Bar No. 181067
Michael J. McKeon                                                         Reza Mirzaie
DC Bar No. 459780                                                         CA State Bar No. 246953
mckeon@fr.com                                                              Brian Ledahl
FISH & RICHARDSON P.C.                                             CA State Bar No. 186579
1000 Maine Avenue, SW, Ste 1000                             Ben Wang
Washington, D.C. 20024                                                CA State Bar No. 228712
Telephone: (202) 783-5070                                           Paul Kroeger
Facsimile: (202) 783-2331                                             CA State Bar No. 229074
                                                                                          Neil A. Rubin
Thad C. Kodish                                                                CA State Bar No. 250761
GA Bar No. 427603                                                         Kristopher Davis
tkodish@fr.com                                                               CA State Bar No. 329627
Ashley A. Bolt                                                                   James S. Tsuei
GA Bar No. 231197                                                         CA State Bar No. 285530
bolt@fr.com                                                                      Philip Wang
FISH & RICHARDSON P.C.                                             CA State Bar No. 262239
1180 Peachtree St. NE, Fl. 21                                       James Milkey
Atlanta, GA 30309                                                           CA State Bar No. 281283
Telephone: (404) 892-5005                                           Jason M. Wietholter
Facsimile: (404) 892-5002                                             CA State Bar No. 337139
                                                                                          RUSS AUGUST & KABAT
Kelly Allenspach Del Dotto                                           12424 Wilshire Blvd. 12th Floor
DE Bar No. 5969                                                             Los Angeles, CA 90025
kad@fr.com                                                                      Telephone: 310-826-7474
FISH & RICHARDSON P.C.                                             rak_headwater@raklaw.com
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801                                                    Robert Christopher Bunt
Telephone: (302) 652-5070                                           Parker, Bunt & Ainsworth, P.C.

- 4 -

Facsimile: (302) 652-0607

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

*Attorneys For Plaintiff*
*Headwater Research LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of August 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kristopher Davis*
Kristopher Davis

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Kristopher Davis*
Kristopher Davis
