# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Case No. 2:24-cv-00228-JRG-RSP JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION CHART UNDER P.R. 4-5(d)

Pursuant to Local Patent Rule 4-5(d), Plaintiff Headwater Research LLC ("Headwater") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") jointly submit this Joint Claim Construction Chart containing the agreed and disputed claim terms, phrases, or clauses of U.S. Patent Nos. 9,609,510 ("'510 patent"); 11,096,055 ("'055 patent"); and 11,405,429 ("'429 patent"). A chart identifying the parties' disputed constructions is attached as Exhibit A, listing the complete language of claims with terms in bold type and separate columns for each party's proposed construction, pursuant to P.R. 4-5(d). The parties have not agreed upon any constructions.

Dated: July 18, 2025

*/s/ Marc Fenster*

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com

Respectfully submitted,

*/s/ Ashley A. Bolt*

Ruffin B. Cordell
TX Bar No. 04820550
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman (*pro hac vice*)

1

| | |
|---|---|
| Brian Ledahl | DC Bar No. 1034255 |
| CA State Bar No. 186579 | hartzman@fr.com |
| Email: bledahl@raklaw.com | **FISH & RICHARDSON P.C.** |
| Ben Wang | 1000 Maine Avenue, SW, Ste 1000 |
| CA State Bar No. 228712 | Washington, D.C. 20024 |
| Email: bwang@raklaw.com | Telephone: (202) 783-5070 |
| Adam Hoffman | |
| CA State Bar No. 218740 | Thad C. Kodish |
| Email: ahoffman@raklaw.com | GA Bar No. 427603 |
| Dale Chang | tkodish@fr.com |
| CA State Bar No. 248657 | Sara C. Fish |
| Email: dchang@raklaw.com | GA Bar No. 873853 |
| Paul Kroeger | Christopher O. Green |
| CA State Bar No. 229074 | GA Bar No. 037617 |
| Email: pkroeger@raklaw.com | Benjamin K. Thompson |
| Neil A. Rubin | GA Bar No. 633211 |
| CA State Bar No. 250761 | bthompson@fr.com |
| Email: nrubin@raklaw.com | Ashley A. Bolt |
| Kristopher Davis | GA Bar No. 231197 |
| CA State Bar No. 329627 | **FISH & RICHARDSON P.C.** |
| Email: kdavis@raklaw.com | 1180 Peachtree St. NE, Fl. 21 |
| James S. Tsuei | Atlanta, GA 30309 |
| CA State Bar No. 285530 | Telephone: (404) 892-5005 |
| Email: jtsuei@raklaw.com | |
| Philip Wang | Melissa R. Smith |
| CA State Bar No. 262239 | State Bar No. 24001351 |
| Email: pwang@raklaw.com | Melissa@gillamsmithlaw.com |
| Amy Hayden | **GILLAM & SMITH, LLP** |
| CA State Bar No. 287026 | 303 South Washington Avenue |
| Email: ahayden@raklaw.com | Marshall, Texas 75670 |
| Jason M. Wietholter | Telephone: (903) 934-8450 |
| CA State Bar No. 337139 | |
| Email: jwietholter@raklaw.com | Harry L. Gillam, Jr. |
| Qi (Peter) Tong | State Bar No. 07921800 |
| TX State Bar No. 24119042 | **GILLAM & SMITH, LLP** |
| Email: ptong@raklaw.com | 102 N. College, Ste. 800 |
| **RUSS AUGUST & KABAT** | Tyler, Texas 75702 |
| 12424 Wilshire Blvd., 12th Floor | Telephone: (903) 934-8450 |
| Los Angeles, CA 90025 | |
| Telephone: 310-826-7474 | Jon Hyland |
| | Texas Bar No. 24046131 |
| Andrea L. Fair | jhyland@hilgersgraben.com |
| TX State Bar No. 24078488 | Grant K. Schmidt |
| **MILLER FAIR HENRY PLLC** | Texas Bar No. 24084579 |
| 1507 Bill Owens Parkway | gschmidt@hilgersgraben.com |
| Longview, Texas 75604 | **HILGERS GRABEN PLLC** |

Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: (972) 645-3097

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                                 */s/ Marc Fenster*
                                                 Marc Fenster
                                                 *Attorney for Plaintiff*
                                                 *Headwater Research LLC*

**CERTIFICATE OF CONFERENCE**

I certify that that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties agree on filing this joint statement.

                                                 */s/ Marc Fenster*
                                                 Marc Fenster
                                                 *Attorney for Plaintiff*
                                                 *Headwater Research LLC*