# Exhibit A

## EXHIBIT A – JOINT CLAIM CONSTRUCION CHART

**A.    U.S. Patent No. 9,609,510**

| # | Claim Language | Claim Term | Headwater's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| 1 | <u>Claim 1:</u> A wireless device, comprising: a user interface; memory configured to store: one or more credentials associated with the wireless device, the one or more credentials for authorizing the wireless device to use a wireless access network to access one or more services, and a **target credential**; and one or more processors configured to execute one or more machine-executable instructions that, when executed by the one or more processors, cause the one or more processors to: obtain, through the user interface, an indication of a user request to replace a particular credential of the one or more credentials with the **target credential**, detect a network-provisioning state change, and based on the detected network-provisioning state change, automatically determine that the particular credential does not match the **target credential**, initiate a programming session with a network element communicatively | "target credential" | Not indefinite; plain and ordinary meaning | Indefinite | |

| # | Claim Language | Claim Term | Headwater's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| | coupled to the wireless device over the wireless access network, obtain an updated credential from the network element, and assist in storing, in memory, the updated credential as the particular credential. | | | | |

### B.    U.S. Patent No. 11,096,055

| # | Claim Language | Claim Term | Headwater's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| 2 | Claim 1: A wireless end-user device comprising: a Wireless Wide-Area Network (WWAN) modem; a secure memory to store a first service profile associated with a first service plan and a first wireless network accessible through the WWAN modem, the first service profile comprising a first set of network service policies, and a second service profile associated with a second service plan and a second wireless network accessible through the WWAN modem, the second service profile comprising a second set of network service policies; a connection manager to select an access network connection for the WWAN | "wherein the at least one adaptive service policy control agent applies network service policies from a superset profile that provides capabilities from each of the first and second service profiles" | Not indefinite; plain and ordinary meaning | Indefinite | |

| # | Claim Language | Claim Term | Headwater's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| | modem, based on a selected one of the first and second service profiles; at least one adaptive service policy control agent to enforce network service policies associated with the selected one of the first and second service profiles, the enforced network service policies including policies enforced at an application service interface on network data connections for selected applications resident on the device. Claim 8: The wireless end-user device of claim 1, **wherein the at least one adaptive service policy control agent applies network service policies from a superset profile that provides capabilities from each of the first and second service profiles.** | | | | |

## C.    U.S. Patent No. 11,405,429

| # | Claim Language | Claim Term | Headwater's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| 3 | Claim 1: A method of operating a wireless end-user device, the method comprising: connecting from a **secure modem subsystem** to a wireless cellular network; | "secure modem subsystem" | Not indefinite; plain and ordinary meaning | Indefinite | |

| # | Claim Language | Claim Term | Headwater's Proposal | Samsung's Proposal | Court's Construction |
|---|---|---|---|---|---|
| | connecting a first secure control channel from the **secure modem subsystem** through the wireless cellular network to a network service controller; connecting a second secure control channel from a secure execution environment, separately secure from the **secure modem subsystem**, through the **secure modem subsystem** and the wireless cellular network to the network service controller; receiving at the secure execution environment, via the second secure control channel, one or more messages from the network service controller, the one or more messages comprising one or more service policy settings; storing the one or more service policy settings in a secure memory partition accessible only from the secure execution environment; and enforcing, at least in part from the secure execution environment, a network service profile comprising the one or more service policy settings, to control the wireless end-user device use of a service on the wireless cellular network. | | | | |