AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Headwater Research LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-00228-JRG-RSP |
| Samsung Electronics, Co., Ltd. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC.

Date: 07/28/2025

/s/ Matthew Aichele
*Attorney's signature*

Matthew Aichele VA State Bar No. 77821
*Printed name and bar number*

Russ August & Kabat
800 Maine Avenue SW,
Suite 200
Washington, DC 20024
*Address*

maichele@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 979-8268
*FAX number*

Print    Save As...    Reset