# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Civil Action No. 2:24-cv-00228-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Andrew Thompson ("Tom") Gorham of Gillam & Smith LLP enters his appearance in this matter as additional counsel on behalf of Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.

Andrew Thompson ("Tom") Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 7232 Crosswater Avenue, Tyler, Texas 75703; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: tom@gillamsmithlaw.com.

Dated: August 5, 2025

Respectfully submitted,

/s/ Andrew T. Gorham
Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
GILLAM & SMITH, L.L.P.
7232 Crosswater Avenue
Tyler, Texas 75703
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email: tom@gillamsmithlaw.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of August, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew T. Gorham*
Andrew Thompson ("Tom") Gorham
