IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> v. § <br> §    CIVIL ACTION NO. 2:24-cv-00228-JRG-RSP <br> § <br> SAMSUNG ELECTRONICS CO., LTD., et al, § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**August 6, 2025**

**OPEN:** 9:01 am                  **ADJOURN:** 10:29 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Andrea Fair <br> Philip Wang |
| ATTORNEYS FOR DEFENDANTS: | Tom Gorham <br> Michael McKeon <br> Joshua Carrigan <br> Jared Smith |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Tom Gorham introduced co-counsel and announced ready.

The Court heard argument on a term-by-term basis. Philip Wang presented argument on behalf of Plaintiff. Jared Smith and Joshua Carrigan presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.