# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:24-cv-00228-JRG-RSP |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., et al, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Previously, the Court appointed David Keyzer as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Keyzer's invoice for services through August 8, 2025, in the amount of $16,913.71 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff: $8,456.86

Defendants: $8,456.85

**SIGNED this 12th day of September, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE